Joel B. Rothman (*Pro Hac Vice*)
SRIPLAW
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile
Joel.rothman@sriplaw.com

*Attorneys for Plaintiff VPR Brands, LP*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands, LP,<br><br>     Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>Jupiter Research, LLC,<br><br>     Defendant/Counterclaim Plaintiff. | No. CV-20-02185-PHX-DJH<br><br>**ANSWER TO COUNTERCLAIM** |

Plaintiff/Counterclaim Defendant, VPR BRANDS, LP ("VPR"), by and through his undersigned counsel, and for its Answer and Affirmative Defenses to Defendant/Counterclaim Plaintiff JUPITER RESEARCH, LLC'S ("Jupiter") Counterclaim, states as follows:

## PARTIES, JURISDICTION AND VENUE

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Denied.

## FIRST COUNTERCLAIM
(Declaration of Patent Invalidity)

6. VPR repeats and realleged its responses to paragraphs 1-5.

7. Admit.

8. Denied.

9. Denied.

## SECOND COUNTERCLAIM
(Declaration of Patent Non-Infringement)

10. VPR repeats and realleged its responses to paragraphs 1-9.

11. Denied.

12. Denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

For VPR's first affirmative defense, it alleges that the Counterclaim Plaintiff Jupiter fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

For VPR's second affirmative defense, it alleges that the Counterclaim Plaintiff Jupiter is barred by the doctrine of estoppel.

### THIRD AFFIRMATIVE DEFENSE

For VPR's third affirmative defense, it alleges that the Counterclaim Plaintiff Jupiter is barred by the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

For VPR's fourth affirmative defense, it alleges that the Counterclaim Plaintiff Jupiter is barred by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

For VPR's fifth affirmative defense, it alleges that the Counterclaim Plaintiff Jupiter is barred by the doctrine of laches.

### SIXTH AFFIRMATIVE DEFENSE

For VPR's sixth affirmative defense, it alleges that the Counterclaim Plaintiff Jupiter is barred by the doctrine of acquiescence.

Dated:   February 8, 2021                              Respectfully submitted,

                                                       */s/ Joel B. Rothman*
                                                       JOEL B. ROTHMAN

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on February 8, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ Joel B. Rothman
JOEL B. ROTHMAN

Attorney Albert L. Schmeiser
Schmeiser, Olsen & Watts LLP
18 East University Drive
Suite 101
Mesa, AZ 85201
AZ@IPLawUSA.com
aschmeiser@iplawusa.com
Attorney for Jupiter Research, LLC