Eric M. Fraser, 027241
Phillip W. Londen, 032488
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012
(602) 640-9000
efraser@omlaw.com
plonden@omlaw.com

Kayvan B. Noroozi
    (*pro hac vice application to be submitted*)
NOROOZI PC
11601 Wilshire Blvd., Suite 2170
Los Angeles, CA 90025
(310) 975-7074
kayvan@noroozipc.com

Douglas L. Bridges
    (*pro hac vice application to be submitted*)
NOROOZI PC
4204 Rochester Road
Mobile, AL 36608
(251) 533-0461
doug@noroozipc.com

Attorneys for Defendant/Counterclaimant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands, LP,<br><br>            Plaintiff/Counterdefendant,<br><br>vs.<br><br>Jupiter Research LLC,<br><br>            Defendant/Counterclaimant. | No. CV-20-02185-PHX-DJH<br><br>**NOTICE OF APPEARANCE** |

NOTICE IS HEREBY GIVEN that Eric M. Fraser and Phillip P. Londen of the law firm Osborn Maledon, P.A., and Kayvan B. Noroozi and Douglas L. Bridges of the law firm Noroozi PC, hereby appear as counsel of record for Defendant/Counterclaimant Jupiter Research LLC, in this action.

It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled proceeding be served as follows:

Eric M. Fraser
efraser@omlaw.com
Phillip W. Londen
plonden@omlaw.com
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012
(602) 640-9000

Kayvan B. Noroozi
NOROOZI PC
kayvan@nooozipc.com
11601 Wilshire Blvd., Suite 2170
Los Angeles, California 90025
(310) 975-7074

Douglas L. Bridges
NOROOZI PC
doug@nooozipc.com
4204 Rochester Road
Mobile, Alabama 36608
(251) 533-0461

DATED this 18th day of October, 2022.

OSBORN MALEDON, P.A.

By  s/ Eric M. Fraser
    Eric M. Fraser
    Phillip W. Londen
    2929 North Central Avenue, Ste. 2100
    Phoenix, AZ 85012-2793

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOROOZI PC

Kayvan B. Noroozi
   (*pro hac vice application to be submitted*)
11601 Wilshire Blvd., Suite 2170
Los Angeles, CA 90025

Douglas L. Bridges
   (*pro hac vice application to be submitted*)
4204 Rochester Road
Mobile, AL 36608

Attorneys for Defendant-Counterclaimant