| | |
|---|---|
| Eric M. Fraser, 027241 | |
| Phillip W. Londen, 032488 | |
| OSBORN MALEDON, P.A. | |
| 2929 North Central Avenue, Suite 2100 | |
| Phoenix, AZ 85012 | |
| (602) 640-9000 | |
| efraser@omlaw.com | |
| plonden@omlaw.com | |
| | |
| Kayvan B. Noroozi (*pro hac vice*) | Eliezer Lekht (*pro hac vice*) |
| NOROOZI PC | Joseph A. Dunne (*pro hac vice*) |
| 11601 Wilshire Blvd., Suite 2170 | SRIPLAW |
| Los Angeles, CA 90025 | 175 Pearl Street, Third Floor |
| (310) 975-7074 | Brooklyn, New York  11201 |
| kayvan@nooozipc.com | (332) 600-5599 |
| | Eliezer.lekht@sriplaw.com |
| Douglas L. Bridges (*pro hac vice*) | Joseph.dunne@sriplaw.com |
| NOROOZI PC | |
| 4204 Rochester Road | Joel B. Rothman (*pro hac vice*) |
| Mobile, AL 36608 | SRIPLAW |
| (251) 533-0461 | 4651 N. Federal Hwy. |
| doug@nooozipc.com | Boca Raton, Florida  33431 |
| | (561) 404-4335 |
| *Attorneys for* | Joel.rothman@sriplaw.com |
| *Defendant/Counterclaimant* | |
| | *Attorneys for Plaintiff/Counterdefendant* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands, LP, | No. CV-20-02185-PHX-DJH |
| Plaintiff/Counterdefendant, | **STIPULATION TO EXTEND DEADLINE FOR SERVICE OF EXPERT REPORTS** |
| vs. | |
| Jupiter Research LLC, | **(Third Request)** |
| Defendant/Counterclaimant. | |

1    Under the current case schedule, two patent-related expert reports are due on March
2  3, 2023. The parties respectfully request that the Court extend the deadline for serving those
3  reports by two additional weeks, to March 17, 2023. No other deadlines would be affected
4  by this request.

5    Good cause supports this request. The parties engaged in a substantive discussion of
6  the merits of this case on February 14, 2023, which led to the present settlement discussions.
7  Based on these discussions, the parties requested and received an initial one-week extension
8  of the expert report deadline from February 17, 2023 to February 24, 2023. [Docs. 64 & 65.]
9  The parties subsequently requested an additional one-week extension of the deadline to
10 March 3, 2023. [Docs. 66 & 67.] Since then, the parties have remained actively engaged in
11 settlement discussions. The most recent settlement discussions include detailed technical
12 information that requires client input and potentially expert analysis, including the transfer
13 of physical specimens for analysis. To allow sufficient time for this to occur, the parties are
14 requesting a two-week extension of the expert report deadline to March 17, 2023. Both
15 parties believe that the requested extension may be conducive to a potentially successful
16 discussion regarding resolution of this matter.

17   A proposed order accompanies this stipulation.

18   DATED this 2nd day of March, 2023.

| SRIPLAW | OSBORN MALEDON, P.A. |
|---|---|
| By  s/ Joseph A. Dunne (w/permission)<br>Eliezer Lekht (*pro hac vice*)<br>Joseph A. Dunne (*pro hac vice*)<br>175 Pearl Street, Third Floor<br>Brooklyn, New York  11201<br>(332) 600-5599<br>Eliezer.lekht@sriplaw.com<br>Joseph.dunne@sriplaw.com<br><br>Joel B. Rothman (*pro hac vice*)<br>4651 N. Federal Hwy.<br>Boca Raton, Florida  33431<br>(561) 404-4335<br>Joel.rothman@sriplaw.com<br><br>*Attorneys for Plaintiff/Counterdefendant* | By  s/ Phillip W. Londen<br>Eric M. Fraser<br>Phillip W. Londen<br>2929 N. Central Avenue,<br>Ste. 2100<br>Phoenix, AZ 85012-2793<br><br>NOROOZI PC<br>Kayvan B. Noroozi (*pro hac vice*)<br>11601 Wilshire Blvd., Suite 2170<br>Los Angeles, CA 90025<br><br>Douglas L. Bridges (*pro hac vice*)<br>4204 Rochester Road<br>Mobile, AL 36608<br><br>*Attorneys for Defendant-Counterclaimant* |