| | |
|---|---|
| Eric M. Fraser, 027241 | |
| Phillip W. Londen, 032488 | |
| OSBORN MALEDON, P.A. | |
| 2929 North Central Avenue, Suite 2100 | |
| Phoenix, AZ 85012 | |
| (602) 640-9000 | |
| efraser@omlaw.com | |
| plonden@omlaw.com | |
| | |
| Kayvan B. Noroozi (*pro hac vice*) | Eliezer Lekht (*pro hac vice*) |
| NOROOZI PC | Joseph A. Dunne (*pro hac vice*) |
| 11601 Wilshire Blvd., Suite 2170 | SRIPLAW |
| Los Angeles, CA 90025 | 175 Pearl Street, Third Floor |
| (310) 975-7074 | Brooklyn, New York  11201 |
| kayvan@nooozipc.com | (332) 600-5599 |
| | Eliezer.lekht@sriplaw.com |
| Douglas L. Bridges (*pro hac vice*) | Joseph.dunne@sriplaw.com |
| NOROOZI PC | |
| 4204 Rochester Road | Joel B. Rothman (*pro hac vice*) |
| Mobile, AL 36608 | SRIPLAW |
| (251) 533-0461 | 4651 N. Federal Hwy. |
| doug@nooozipc.com | Boca Raton, Florida  33431 |
| | (561) 404-4335 |
| *Attorneys for* | Joel.rothman@sriplaw.com |
| *Defendant/Counterclaimant* | |
| | *Attorneys for Plaintiff/Counterdefendant* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands, LP, | No. CV-20-02185-PHX-DJH |
| Plaintiff/Counterdefendant, | |
| vs. | **STIPULATION TO EXTEND DEADLINE FOR SERVICE OF VPR REBUTTAL REPORT** |
| Jupiter Research LLC, | |
| Defendant/Counterclaimant. | |

1     Pursuant to the Court's Order (DE 69) and current schedule, Jupiter served expert
2 reports on March 17, 2023 (DE 70).
3     Under the current case schedule, VPR's rebuttal to Jupiter's supplemental
4 invalidity report was due prior to this March 17, 2023 extended deadline for Jupiter to
5 serve its supplemental invalidity report. The parties did not previously extend the
6 rebuttal deadline when extending Jupiter's deadline to March 17, 2023.  The original
7 schedule provided VPR three weeks to serve its Rebuttal, and the parties wish to allow
8 the same three weeks to provide VPR a proper opportunity to review and prepare a
9 response to the issues raised in Jupiter's report.  The parties respectfully request that the
10 Court extend the deadline for serving VPR's rebuttal report to April 7, 2023 (three weeks
11 after Jupiter's March 17 service).
12     No other deadlines would be affected by this request.
13     Good cause supports this request.  The parties continue to engage in a substantive
14 discussion of the merits of this case and settlement discussions remain in progress. Both
15 parties believe that the requested extension will allow VPR the originally contemplated
16 three weeks to prepare its rebuttal – and will also be conducive to the parties continued
17 efforts regarding resolution of this matter.
18     A proposed order accompanies this stipulation.
19     DATED this 28th day of March, 2023.
20
21
  SRIPLAW                                              OSBORN MALEDON, P.A.
22
23 By  s/ Eliezer Lekht                                 By  s/Eric M. Fraser (w/ permission)
      Eliezer Lekht (*pro hac vice*)                       Eric M. Fraser
24    Joseph A. Dunne (*pro hac vice*)                     Phillip W. Londen
      175 Pearl Street, Third Floor                        2929 N. Central Avenue,
25    Brooklyn, New York  11201                            Ste. 2100
      (332) 600-5599                                       Phoenix, AZ 85012-2793
26    Eliezer.lekht@sriplaw.com
27    Joseph.dunne@sriplaw.com                          NOROOZI PC
28
                                                          Kayvan B. Noroozi (*pro hac vice*)

2

| | |
|---|---|
| Joel B. Rothman (*pro hac vice*)<br>4651 N. Federal Hwy.<br>Boca Raton, Florida  33431<br>(561) 404-4335<br>Joel.rothman@sriplaw.com<br><br>*Attorneys for Plaintiff/Counterdefendant* | 11601 Wilshire Blvd., Suite 2170<br>Los Angeles, CA 90025<br><br>Douglas L. Bridges (*pro hac vice*)<br>4204 Rochester Road<br>Mobile, AL 36608<br><br>*Attorneys for Defendant-Counterclaimant* |