Eric M. Fraser, 027241
Phillip W. Londen, 032488
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2100
Phoenix, AZ 85012
(602) 640-9000
efraser@omlaw.com
plonden@omlaw.com

Kayvan B. Noroozi (*pro hac vice*)
NOROOZI PC
11601 Wilshire Blvd., Suite 2170
Los Angeles, CA 90025
(310) 975-7074
kayvan@nooozipc.com

Douglas L. Bridges (*pro hac vice*)
NOROOZI PC
4204 Rochester Road
Mobile, AL 36608
(251) 533-0461
doug@nooozipc.com

*Attorneys for Defendant/Counterclaimant*

Eliezer Lekht (*pro hac vice*)
Joseph A. Dunne (*pro hac vice*)
SRIPLAW
175 Pearl Street, Third Floor
Brooklyn, New York  11201
(332) 600-5599
Eliezer.lekht@sriplaw.com
Joseph.dunne@sriplaw.com

Joel B. Rothman (*pro hac vice*)
SRIPLAW
4651 N. Federal Hwy.
Boca Raton, Florida  33431
(561) 404-4335
Joel.rothman@sriplaw.com

*Attorneys for Plaintiff/Counterdefendant*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands, LP,<br><br>  Plaintiff/Counterdefendant,<br><br>vs.<br><br>Jupiter Research LLC,<br><br>  Defendant/Counterclaimant. | No. CV-20-02185-PHX-DJH<br><br>**JOINT NOTICE OF SETTLEMENT** |

Pursuant to LRCiv 40.2(d), Plaintiff VPR Brands, LP and Defendant Jupiter Research LLC jointly notify the Court that the parties have reached a settlement in this case. The parties anticipate filing the dismissal papers under Fed. R. Civ. P. 41(a) by May 8, 2023, and ask that the Court vacate all deadlines in the scheduling order pending dismissal.

DATED this 7th day of April, 2023.

SRIPLAW

By  s/ Joseph A. Dunne
    Joseph A. Dunne (*pro hac vice*)
    Eliezer Lekht (*pro hac vice*)
    175 Pearl Street, Third Floor
    Brooklyn, New York  11201
    (332) 600-5599
    Eliezer.lekht@sriplaw.com
    Joseph.dunne@sriplaw.com

    Joel B. Rothman (*pro hac vice*)
    4651 N. Federal Hwy.
    Boca Raton, Florida  33431
    (561) 404-4335
    Joel.rothman@sriplaw.com

*Attorneys for Plaintiff/Counterdefendant*

OSBORN MALEDON, P.A.

By  s/Phillip W. Londen (w/ permission)
    Eric M. Fraser
    Phillip W. Londen
    2929 N. Central Avenue,
    Ste. 2100
    Phoenix, AZ 85012-2793

NOROOZI PC

Kayvan B. Noroozi (*pro hac vice*)
11601 Wilshire Blvd., Suite 2170
Los Angeles, CA 90025

Douglas L. Bridges (*pro hac vice*)
4204 Rochester Road
Mobile, AL 36608

*Attorneys for Defendant-Counterclaimant*

2