# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VPR Brands LP,<br><br>  Plaintiff,<br><br>v.<br><br>Jupiter Research LLC,<br><br>  Defendant. | No. CV-20-02185-PHX-DJH<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 77), filed on May 30, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 77) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 31st day of May, 2023.

Honorable Diane J. Humetewa
United States District Judge